UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SURGRET URANIA DOSS,**

    **Plaintiff,**

vs.                                                  Case No. 8:17-cv-653-T-27AEP

**THE BANK OF NEW YORK MELLON F/K/A
THE BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATE HOLDERS OF
THE CWALT, INC., ALTERNATIVE LOAN
TRUST 2005-44, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-44
(A New York Corporation),** *et al.*,

    **Defendants,**

_____/

**ORDER**

    **BEFORE THE COURT** is Plaintiff's Emergency Complaint for Temporary Restraining Order, Declaratory Judgment, and Permanent Injunctive Relief as Amended and Amended Complaint for Violation of Civil Rights (Dkt. 8). For the reasons stated in the previous order (Dkt. 3), Plaintiff's construed motion for injunctive relief is **DENIED**.[1] *See Arthur v. JP Morgan Chase Bank, NA*, 569 Fed. App'x 669, 678 (11th Cir. 2014); *Mercer v. Sechan Realty, Inc.*, 569 F. App'x 652, 653 (11th Cir. 2014).

    **DONE AND ORDERED** this 24th day of March, 2017 at  4:55   p.m..

                                                        /s/ *James D. Whittemore*

                                                        **JAMES D. WHITTEMORE**
                                                        **United States District Judge**

Copies to: *Pro Se* Plaintiff

---

[1] Any construed independent claims Plaintiff attempts to bring have not been considered, as his Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) is pending.

1